Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-243**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Otter |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 13, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Andrew Blair Bailie |
| **Pseudonym:** | Blair Bailie |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Andrew Blair Bailie |
| | 12 Armstrong Avenue, Portaferry, BT22 1QZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Andrew Blair Bailie |
| **Email:** | writetoblair@btinternet.com |
| **Address:** | 12 Armstrong Avenue |
| | Portaferry BT22 1QZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

