**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDREW BLAIR BAILIE,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04254

Judge Andrea R. Wood

Magistrate Judge Jeannice W. Appenteng

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE**
**SUPPLEMENTAL BRIEF**

Plaintiff, ANDREW BLAIR BAILIE ("Plaintiff"), respectfully moves this Court for an extension of time, until July 13, 2026, to file the supplemental brief required by this Court's Minute Entry Order [15].

On June 14, 2026, this Court entered Minute Entry Order [15] directing Plaintiff to file a supplemental brief addressing the Seventh Circuit's recent ruling in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by June 22, 2026. Plaintiff requires additional time to finish researching the Defendants' addresses, compile Plaintiff's findings, and complete the analysis necessary to address the Court's inquiry. Plaintiff therefore requests that the Court grant this motion and extend the deadline to file the supplemental brief until July 13, 2026.

DATED: June 22, 2026                    Respectfully submitted,

                                    */s/ Keith A. Vogt*
                                    Keith A. Vogt
                                    FL Bar No. 1036084/IL Bar No. 6207971
                                    Keith A. Vogt PLLC
                                    1820 NE 163rd Street, Suite #306
                                    North Miami Beach, Florida 33162
                                    Telephone: 312-971-6752
                                    E-mail: keith@vogtip.com

                                    ***ATTORNEY FOR PLAINTIFF***

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.