**EXHIBIT A**
**Per-Defendant Address Investigation**
to the Declaration of Yanling Jiang

*Bailie v. Schedule A, No. 1:26-cv-04254 (N.D. Ill.); all captures dated July 8, 2026.*

**No. 1 — xujing3404 (Amazon).**

**Stated address:** 云南省昆明市西山区西苑街道办事处清苑路西侧中浩住宅 2 单元 202 室, 650000, CN.

**Result:** exact unit not located; Google Maps resolved only to nearby subdistrict/government offices, Baidu to the "中浩住宅" residential compound — not a location connected to the Defendant.

**Def. No. 1 — Seller-information page (platform)**



**Def. No. 1 — Google web search**

**Def. No. 1 — Google Maps**



**Def. No. 1 — Baidu Maps (百度地图)**



**Def. No. 1 — Amap (高德地图)**



**No. 2 — fengqiuxianliweiqiangyang (Amazon).**
**Stated address:** 河南省新乡市封丘县荆乡回族乡后荆乡村 66 号, 453000, CN.
**Result:** located, but only to the township (荆乡回族乡) level; does not correspond to a valid business or mailing address for the Defendant.

**Def. No. 2 — Seller-information page (platform)**



**Def. No. 2 — Google web search**



**Def. No. 2 — Google Maps**



**Def. No. 2 — Baidu Maps (百度地图)**



**Def. No. 2 — Amap (高德地图)**

**No. 3 — 畔轩(金华市)电子商务有限公司 (Amazon).**

**Stated address:** 浙江省温州市苍南县金乡镇金亭路 68 号, 325000, CN.

**Result:** exact location not located; results show different establishments. Tianyancha (Ex. B): entity 畔轩（金华市）电子商务有限公司 exists (legal rep 刘越, active) but at a **different registered address — 义乌市稠城街道** — not the platform's 温州市苍南县. The supplied platform address neither verifies nor matches the registry. Stays in email group with candid disclosure.

**Def. No. 3 — Seller-information page (platform)**



**Def. No. 3 — Google web search**



**Def. No. 3 — Google Maps**



**Def. No. 3 — Baidu Maps (百度地图)**



**Def. No. 3 — Amap (高德地图)**

**No. 4 — 合肥间适段电子商务有限公司 (Amazon). — ADDRESS KNOWN; HAGUE APPLIES (carved out — Central Authority, email backup).**

**Stated address:** 安徽省合肥市包河区马鞍山路 130 号万达广场写字楼 7 号楼 403 室, 230000, CN.

**Result: address VERIFIES.** Google Maps locates "Wanda Plaza Office Building Building 7" (万达广场写字楼 7 号楼) at Maanshan Rd 130 号万达广场; Baidu locates "万达广场写字楼-7 号楼, 安徽省合肥市包河区马鞍山路 130 号万达广场." (Amap returned no result — query artifact, not absence.) Tianyancha (Ex. B): registered active entity **合肥普利特数控科技有限公司** (USCC 91340111MAD1E2898U; legal rep 罗小超), registered address = this platform address. **This Defendant's address is known; it is NOT part of the email-service group.**

**Def. No. 4 — Seller-information page (platform)**



**Def. No. 4 — Google web search**



**Def. No. 4 — Google Maps**



**Def. No. 4 — Baidu Maps (百度地图)**



**Def. No. 4 — Amap (高德地图)**



**No. 5 — HuiZhouShiLianJiaKeJiYouXianGongSi (Amazon).**
**Stated address:** 广东省惠州市仲恺高新区和畅五路西 3 号棕榈园 12 栋 1 单元 12 层 03 号房
**仅限办公**, 516006, CN.
**Result:** the unit is designated "仅限办公" (office-use only) — a registration address, not operating premises; exact location not located.

**Def. No. 5 — Seller-information page (platform)**



**Def. No. 5 — Google web search**



**Def. No. 5 — Google Maps**



**Def. No. 5 — Baidu Maps (百度地图)**



**Def. No. 5 — Amap (高德地图)**



**No. 6 — ZhuZhouShiShiFengQuXiangLianWenHuaYouXianGongSi (Amazon).**
**Stated address:** 重庆市南岸区国际社区观园一期七栋 2801, 404100, CN.
**Result:** exact location not located. Tianyancha (Ex. B): entity 株洲市石峰区湘莲文化有限公司 exists (legal rep 冯春莲, active) but registered in **湖南省株洲市 — a different province** from the platform's 重庆市. The supplied platform address neither verifies nor matches the registry. Stays in email group with candid disclosure.

**Def. No. 6 — Seller-information page (platform)**



**Def. No. 6 — Google web search**



**Def. No. 6 — Google Maps**



**Def. No. 6 — Baidu Maps (百度地图)**



**Def. No. 6 — Amap (高德地图)**



**No. 7 — yiwushifeisudianzishangwuyouxiangongsi (Amazon).**
**Stated address:** 浙江省温州市鹿城区藤桥镇枫林岙村渡门巷 20 号, 325000, CN.
**Result:** located, but does not correspond to a valid business or mailing address for the Defendant.
(Romanized name references 义乌市 (Yiwu); stated address is in 温州市鹿城区 — different city.)

**Def. No. 7 — Seller-information page (platform)**



**Def. No. 7 — Google web search**



**Def. No. 7 — Google Maps**



**Def. No. 7 — Baidu Maps (百度地图)**



**Def. No. 7 — Amap (高德地图)**



**No. 8 — LinYuanLvHuaGongCheng (Amazon).**
**Stated address:** 广西省玉林市福绵区新桥镇永宁村木菇塘 18 号, 537000, CN.
**Result:** village-level address; exact location not located.

**Def. No. 8 — Seller-information page (platform)**



**Def. No. 8 — Google web search**



**Def. No. 8 — Google Maps**



**Def. No. 8 — Baidu Maps (百度地图)**



**Def. No. 8 — Amap (高德地图)**



**No. 9 — zzhir (Amazon).**
**Stated address:** 江苏省苏州市吴中区木渎镇金枫南路 9 号 5 幢 205 室 206 室 **042 工位**, 215128, CN.
**Result:** the address ends in "042 工位" (shared workstation) — a co-working/registration desk, not the Defendant's premises; exact location not located; different establishments.

**Def. No. 9 — Seller-information page (platform)**



**Def. No. 9 — Google web search**



**Def. No. 9 — Google Maps**



**Def. No. 9 — Baidu Maps (百度地图)**



**Def. No. 9 — Amap (高德地图)**



**No. 10 — changfenglisidianzishangwugongzuoshi (Amazon).**
**Stated address:** 安徽省合肥市长丰县下塘镇李岗村王岗组 13 号, 230000, CN.
**Result:** rural village-group address; exact location not located.

**Def. No. 10 — Seller-information page (platform)**



**Def. No. 10 — Google web search**



**Def. No. 10 — Google Maps**



**Def. No. 10 — Baidu Maps (百度地图)**



**Def. No. 10 — Amap (高德地图)**

**No. 11 — nanxindege (Amazon).**
**Stated address:** 广东省广州市白云区潭村宝鸭北路 3 号 2 栋 201 室, 510080, CN.
**Result:** exact location not located; results show different establishments.

**Def. No. 11 — Seller-information page (platform)**



**Def. No. 11 — Google web search**



**Def. No. 11 — Google Maps**



**Def. No. 11 — Baidu Maps (百度地图)**



**Def. No. 11 — Amap (高德地图)**



**No. 12 — 金华市淑徽服饰有限公司 (Amazon).**

**Stated address:** 浙江省温州市瑞安市碧山镇三樟村, 325000, CN.

**Result:** map resolved only to district/village level. Tianyancha (Ex. B): entity 金华市淑徽服饰有限公司 exists (legal rep 严碎珠, active) but at a **different registered address — 义乌市江东街道** — not the platform's 温州市瑞安市. The supplied platform address neither verifies nor matches the registry. Stays in email group with candid disclosure.

**Def. No. 12 — Seller-information page (platform)**



**Def. No. 12 — Google web search**



**Def. No. 12 — Google Maps**



**Def. No. 12 — Baidu Maps (百度地图)**



**Def. No. 12 — Amap (高德地图)**

**No. 13 — heyuanzhangmaifuzhuang (Amazon).**
**Stated address:** 福建省莆田市荔城区镇海街道天妃路正荣财富中心 D 栋 2975, 351100, CN.
**Result:** exact location not located.

**Def. No. 13 — Seller-information page (platform)**



**Def. No. 13 — Google web search**



**Def. No. 13 — Google Maps**



**Def. No. 13 — Baidu Maps (百度地图)**



**Def. No. 13 — Amap (高德地图)**

**No. 14 — YangBorq (Amazon).**
**Stated address:** 山西省太原市小店区学府街道学府街 122 号 1 幢凯通大厦 2 层 203 室, 030000, CN.
**Result:** office-building unit; exact location not located; different establishments.

**Def. No. 14 — Seller-information page (platform)**



**Def. No. 14 — Google web search**



**Def. No. 14 — Google Maps**



**Def. No. 14 — Baidu Maps (百度地图)**



**Def. No. 14 — Amap (高德地图)**



**No. 15 — HuiChengChongShangMaoFuZhuangDian (Amazon).**
**Stated address:** 福建省厦门市自由贸易试验区厦门片区港中路 1692 号万翔国际商务中心 2 号楼北楼 406-1286, 361006, CN.
**Result:** business-center unit; exact location not located.

**Def. No. 15 — Seller-information page (platform)**



**Def. No. 15 — Google web search**



**Def. No. 15 — Google Maps**



**Def. No. 15 — Baidu Maps (百度地图)**



**Def. No. 15 — Amap (高德地图)**



**No. 16 — difeijiashengtaihuanjingkeji (Amazon).**
**Stated address:** 北京市顺义区高丽营镇金马园二街 1263 号, 101399, CN.
**Result:** exact location not located.

**Def. No. 16 — Seller-information page (platform)**



**Def. No. 16 — Google web search**



**Def. No. 16 — Google Maps**



**Def. No. 16 — Baidu Maps (百度地图)**



**Def. No. 16 — Amap (高德地图)**



**No. 17 — 室厨垫品 (Amazon).**
**Stated address:** 湖北省十堰市郧西县城关镇合和路 1 号双子楼（科创大厦）东楼 17 楼 1701 室**-10019 工位**, 442699, CN.
**Result:** the address ends in "-10019 工位" (shared workstation) in an incubator tower — a registration desk, not premises; exact location not located.

**Def. No. 17 — Seller-information page (platform)**



**Def. No. 17 — Google web search**



**Def. No. 17 — Google Maps**



**Def. No. 17 — Baidu Maps (百度地图)**



**Def. No. 17 — Amap (高德地图)**



**No. 18 — zhourishangye (Amazon).**
**Stated address:** 湖北省武汉市武昌区中山路万金国际广场 6 号楼 420, 430061, CN.
**Result:** exact location not located; results show different establishments.

**Def. No. 18 — Seller-information page (platform)**



**Def. No. 18 — Google web search**



**Def. No. 18 — Google Maps**



**Def. No. 18 — Baidu Maps (百度地图)**



**Def. No. 18 — Amap (高德地图)**



**No. 19 — JiangSuZhiQiDianJianSheGongChengYouXianGongSi (Amazon).**
**Stated address:** 广东省东莞市南城街道元美西路 22 号 204 室, 523000, CN.
**Result:** exact location not located; different establishments. (Romanized name references 江苏 (Jiangsu); stated address is in 广东省东莞市 — different province.)

**Def. No. 19 — Seller-information page (platform)**



**Def. No. 19 — Google web search**



**Def. No. 19 — Google Maps**



**Def. No. 19 — Baidu Maps (百度地图)**



**Def. No. 19 — Amap (高德地图)**



**No. 20 — xinxiangshiweibinqutengdazaishengziyuanhuisho (Amazon).**
**Stated address:** 河南省新乡市卫滨区平原镇南环兴隆物流园南宏顺停车场 01 号, 453000, CN.
**Result:** address is a parking space (停车场 01 号) in a logistics yard — not the Defendant's premises; exact location not located.

**Def. No. 20 — Seller-information page (platform)**



**Def. No. 20 — Google web search**



**Def. No. 20 — Google Maps**



**Def. No. 20 — Baidu Maps (百度地图)**



**Def. No. 20 — Amap (高德地图)**

**No. 21 — taihexianbaochuanmingnongyejiating (Amazon).**
**Stated address:** 安徽省阜阳市太和县郭庙乡随西村委会鲍新庄自然村 8 号, 236000, CN.
**Result:** a "自然村" (natural village) address; located, but does not correspond to a valid business or mailing address for the Defendant.

**Def. No. 21 — Seller-information page (platform)**



**Def. No. 21 — Google web search**



**Def. No. 21 — Google Maps**



**Def. No. 21 — Baidu Maps (百度地图)**



**Def. No. 21 — Amap (高德地图)**

**No. 22 — dongmingxiyuanduoshangmao (Amazon).**
**Stated address:** 山东省菏泽市东明县长兴集乡东黑岗村 15 号, 274000, CN.
**Result:** village address; located, but does not correspond to a valid business or mailing address for the Defendant.

**Def. No. 22 — Seller-information page (platform)**



**Def. No. 22 — Google web search**



**Def. No. 22 — Google Maps**



**Def. No. 22 — Baidu Maps (百度地图)**



**Def. No. 22 — Amap (高德地图)**



**No. 23 — dingyuanxianhuanhuanzhongyangzhijiatingnongchang (Amazon).**
**Stated address:** 安徽省滁州市定远县大桥镇曹岗村孙北组 602 号, 239000, CN.
**Result:** rural village-group address; exact location not located.

**Def. No. 23 — Seller-information page (platform)**



**Def. No. 23 — Google web search**



**Def. No. 23 — Google Maps**



**Def. No. 23 — Baidu Maps (百度地图)**



**Def. No. 23 — Amap (高德地图)**



**No. 24 — yingshangxiandamaogongchengjixiezulin (Amazon).**
**Stated address:** 安徽省阜阳市颍上县十八里铺镇花园社区高庄 212 号, 236000, CN.
**Result:** exact location not located; results show different establishments.

**Def. No. 24 — Seller-information page (platform)**



**Def. No. 24 — Google web search**



**Def. No. 24 — Google Maps**



**Def. No. 24 — Baidu Maps (百度地图)**



**Def. No. 24 — Amap (高德地图)**



**No. 25 — Puyang Wanqing Clothing (Amazon).**
**Stated address:** 河南省濮阳市中原中路与卫河路交叉口向西路南馨雅花园 5 号楼 1 单元 303, 457000, CN.
**Result:** a residential unit (馨雅花园) at a road intersection; exact location not located.

**Def. No. 25 — Seller-information page (platform)**



**Def. No. 25 — Google web search**



**Def. No. 25 — Google Maps**



**Def. No. 25 — Baidu Maps (百度地图)**



**Def. No. 25 — Amap (高德地图)**

**No. 26 — zhongxiangshiyingwushanshangmaoyouxiangongsi (Amazon).**
**Stated address:** 江西省赣州市石城县琴江镇南苑路 5 号, 342700, CN.
**Result:** map resolved only to district level. (Romanized name references 钟祥市 (Zhongxiang, Hubei); stated address is in 江西省赣州市石城县 — different province.)

**Def. No. 26 — Seller-information page (platform)**



**Def. No. 26 — Google web search**



**Def. No. 26 — Google Maps**



**Def. No. 26 — Baidu Maps (百度地图)**



**Def. No. 26 — Amap (高德地图)**



**No. 27 — DingNuoDianZi (Temu).**

**Stated address (last known; seller page no longer available):** No. 173 Guangchang Road, Chaoyang Subdistrict, Baodi District, Tianjin, 301800, CN.

**Result:** exact location not located.

**Def. No. 27 — Seller-information page (platform)**



**Def. No. 27 — Google web search**



**Def. No. 27 — Google Maps**



**Def. No. 27 — Baidu Maps (百度地图)**



**Def. No. 27 — Amap (高德地图)**



**No. 28 — MLNRone (Temu).**
**Stated address (last known; seller page no longer available):** Room 702-4, Mingdu Plaza, South Mashi Street, Shuangqiao District, Chengde City, Hebei Province, 067000, CN.
**Result:** exact location not located; results show different establishments.

**Def. No. 28 — Seller-information page (platform)**



**Def. No. 28 — Google web search**



**Def. No. 28 — Google Maps**



**Def. No. 28 — Baidu Maps (百度地图)**



**Def. No. 28 — Amap (高德地图)**

