**EXHIBIT B**
**PRC Business-Registry (Tianyancha 天眼查) Check**
Bailie v. Schedule A, 1:26-cv-04254 (N.D. Ill., Wood) — to the Declaration of Yanling Jiang

**Result summary — of 28 sellers checked, 4 matched a registered entity, 24 returned no match.**

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep | Registered address vs platform |
|---|---|---|---|---|
| 3 | 畔轩(金华市)电子商务有限公司 | match | 畔轩（金华市）电子商务有限公司 / 刘越 (USCC 91330782MA8GRWJCX7, active) | different — registry 义乌市稠城街道 vs platform 温州市苍南县 |
| 4 | 合肥间适段电子商务有限公司 | match (former name) | **合肥普利特数控科技有限公司** / 罗小超 (USCC 91340111MAD1E2898U, active) | **identical** — 合肥包河区马鞍山路 130 号万达广场写字楼 7 号楼 403 室 |
| 6 | ZhuZhouShiShiFengQuXiangLianWenHuaYouXianGongSi | match | 株洲市石峰区湘莲文化有限公司 / 冯春莲 (USCC 91430204MAC1M2JD2R, active) | different province — registry 湖南省株洲市 vs platform 重庆市 |
| 12 | 金华市淑徵服饰有限公司 | match | 金华市淑徵服饰有限公司 / 严碎珠 (USCC 91330782MA8GQXWR29, active) | different — registry 义乌市江东街道 vs platform 温州市瑞安市 |
| 1–2, 5, 7–11, 13–28 | (24 sellers) | no match | — | — |

**Bearing on service (per counsel's 2026-07-08 decision):**

**No. 4** — registered active entity + legal representative + registered address that matches the platform address and the maps (Ex. A). Address is **known → Hague applies**; carved out for PRC Central Authority service (email backup). Central Authority request should name the **current** registered entity **合肥普利特数控科技有限公司** and note "合肥间适段电子商务有限公司" as its former name (same USCC).

**Nos. 3, 6, 12** — a registered entity exists, but at a registered address different from the platform address; the platform address (what a servicer would use) did not verify on any of the four maps (Ex. A) and does not match the registry. Disclosed candidly; the *supplied* address is not known → remain in the email-service group.

**The other 24** — no ascertainable registered entity, and the stated address did not verify → address not known → email-service group.

**Full Tianyancha (天眼查) registry check — all 28 sellers**

| No. | Seller / storefront name | Platform | Seller ID / URL | 天眼查匹配结果 | 天眼查公司名 | 统一社会信用代码 | 法定代表人 | 注册资本 | 成立日期 | 经营状态 | 注册地址 | 地址对比结论 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | xujing3404 | Amazon | A392LIAG5X7GEK | 未找到 | — | — | — | — | — | — | — | — |
| 2 | fengqiuxianliweiqiangyang | Amazon | A1ZG1E4VSQ2FCY | 未找到 | — | — | — | — | — | — | — | — |
| 3 | 畔轩(金华市)电子商务有限公司 | Amazon | AQ4KO7TYUNNTB | 匹配成功 | 畔轩（金华市）电子商务有限公司 | 91330782MA8GRWJCX7 | 刘越 | 5万人民币 | 2025-01-09 | 存续 | 浙江省义乌市稠城街道城中北路183号203(自主申报) | 不一致 — 平台显示地址：苍南县金乡镇金亭路68号温州市浙江；天眼查地址：义乌市稠城街道 |
| 4 | 合肥间适段电子商务有限公司 | Amazon | AY1B11R7SPKI1 | 匹配成功（曾用名） | 合肥普利特数控科技有限公司 | 91340111MAD1E2898U | 罗小超 | 10万人民币 | 2023-10-19 | 存续 | 安徽省合肥市包河区马鞍山路130号万达广场写字楼7号楼403室 | 完全一致 — 与平台显示地址完全匹配 |
| 5 | HuiZhouShiLianJiaKeJiYouXianGongSi | Amazon | A7EV3J503W0DI | 未找到 | — | — | — | — | — | — | — | — |
| 6 | ZhuZhouShiShiFengQuXiangLianWenHuaYouXianGongSi | Amazon | APDUU9WV4Q2T3 | 匹配成功 | 株洲市石峰区湘莲文化有限公司 | 91430204MAC1M2JD2R | 冯春莲 | 10万人民币 | 2022-10-13 | 存续 | 湖南省株洲市石峰区铜塘湾街道湘河社区合盛组206号 | 完全不同 — 平台显示地址：重庆市南岸区国际社区观园一期七栋2801；天眼查地址：湖南省株洲市（跨省） |
| 7 | yiwushifeisudianzishangwuyouxiangongsi | Amazon | A2IPGHRBPVEOVZ | 未找到 | — | — | — | — | — | — | — | — |
| 8 | LinYuanLvHuaGongCheng | Amazon | AJH5J66GC4LK1 | 未找到 | — | — | — | — | — | — | — | — |
| 9 | zzhir | Amazon | A3KM607LKVYNPB | 未找到 | — | — | — | — | — | — | — | — |
| 10 | changfenglisidianzishangwugongzuoshi | Amazon | A2FQJ2MUTY4CAX | 未找到 | — | — | — | — | — | — | — | — |
| 11 | nanxindege | Amazon | A3E0IO82VMV8CV | 未找到 | — | — | — | — | — | — | — | — |
| 12 | 金华市淑徽服饰有限公司 | Amazon | A2GUF5EHORCJ4J | 匹配成功 | 金华市淑徽服饰有限公司 | 91330782MA8GQXWR29 | 严碎珠 | 6万人民币 | 2024-12-10 | 存续 | 浙江省义乌市江东街道山口小区12幢3单元3楼304(自主申报) | 不一致 — 平台显示地址：瑞安市碧山镇三樟村温州市浙江；天眼查地址：义乌市江东街道 |
| 13 | heyuanzhangmaifuzhuang | Amazon | A377AZQFIOWAJC | 未找到 | — | — | — | — | — | — | — | — |

| No. | Seller / storefront name | Platform | Seller ID / URL | 天眼查匹配结果 | 天眼查公司名 | 统一社会信用代码 | 法定代表人 | 注册资本 | 成立日期 | 经营状态 | 注册地址 | 地址对比结论 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | YangBorq | Amazon | A1C6MW9RSEHZIF | 未找到 | — | — | — | — | — | — | — | — |
| 15 | HuiChengChongShangMaoFuZhuangDian | Amazon | A5EB8WL5LMLBW | 未找到 | — | — | — | — | — | — | — | — |
| 16 | difeijiashengtaihuanjingkeji | Amazon | AFQEV7U4XD5DS | 未找到 | — | — | — | — | — | — | — | — |
| 17 | 室厨垫品 | Amazon | A34PNW3EFY5BQM | 未找到 | — | — | — | — | — | — | — | — |
| 18 | zhourishangye | Amazon | A3MZZX77YVROE9 | 未找到 | — | — | — | — | — | — | — | — |
| 19 | JiangSuZhiQiDianJianSheGongChengYouXianGongSi | Amazon | A2KJMTYG89VZIL | 未找到 | — | — | — | — | — | — | — | — |
| 20 | xinxiangshiweibinqutengdazaishengziyuanhuisho | Amazon | A2Q7SKV03RLPSB | 未找到 | — | — | — | — | — | — | — | — |
| 21 | taihexianbaochuanmingnongyejiating | Amazon | A1T6W4OGLAN6AE | 未找到 | — | — | — | — | — | — | — | — |
| 22 | dongmingxiyuanduoshangmao | Amazon | A1G368L61GX0EJ | 未找到 | — | — | — | — | — | — | — | — |
| 23 | dingyuanxianhuanhuanzhongyangzhijiatingnongchang | Amazon | AKLTUBI78Z8NY | 未找到 | — | — | — | — | — | — | — | — |
| 24 | yingshangxiandamaogongchengjixiezulin | Amazon | A2PSL07LDS8TKW | 未找到 | — | — | — | — | — | — | — | — |
| 25 | Puyang Wanqing Clothing | Amazon | A1H560NGP55917 | 未找到 | — | — | — | — | — | — | — | — |
| 26 | zhongxiangshiyingwushanshangmaoyouxiangongsi | Amazon | A157FS1R8NO5PA | 未找到 | — | — | — | — | — | — | — | — |
| 27 | DingNuoDianZi | Temu | 634418220902226 | 未找到 | — | — | — | — | — | — | — | — |
| 28 | MLNRone | Temu | 6344182232 | 未找到 | — | — | — | — | — | — | — | — |

| No. | Seller / storefront name | Platfo rm | Seller ID / URL | 天眼查匹配结果 | 天眼查公司名 | 统一社会信用代码 | 法定代表人 | 注册资本 | 成立日期 | 经营状态 | 注册地址 | 地址对比结论 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 06065 | | | | | | | | | |