**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Andrew Blair Bailie,

Plaintiff,

Case No.: 1:26-cv-04254

v.

Judge Andrea R. Wood

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendants |
|---|---|
| 1 | xujing3404 |
| 2 | fengqiuxianliweiqiangyang |
| 3 | 畔轩(金华市)电子商务有限公司 |
| 4 | 合肥间适段电子商务有限公司 |
| 5 | HuiZhouShiLianJiaKeJiYouXianGongSi |
| 6 | ZhuZhouShiShiFengQuXiangLianWenHuaYouXianGongSi |
| 7 | yiwushifeisudianzishangwuyouxiangongsi |
| 8 | LinYuanLvHuaGongCheng |
| 9 | zzhir |
| 10 | changfenglisidianzishangwugongzuoshi |
| 11 | nanxindege |
| 12 | 金华市淑徵服饰有限公司 |
| 13 | heyuanzhangmaifuzhuang |
| 14 | YangBorq |
| 15 | HuiChengChongShangMaoFuZhuangDian |
| 16 | difeijiashengtaihuanjingkeji |
| 17 | 室厨垫品 |

| | |
|---|---|
| 18 | zhourishangye |
| 19 | JiangSuZhiQiDianJianSheGongChengYouXianGongSi |
| 20 | xinxiangshiweibinqutengdazaishengziyuanhuisho |
| 21 | taihexianbaochuanmingnongyejiating |
| 22 | dongmingxiyuanduoshangmao |
| 23 | dingyuanxianhuanhuanzhongyangzhijiatingnongchang |
| 24 | yingshangxiandamaogongchengjixiezulin |
| 25 | Puyang Wanqing Clothing |
| 26 | zhongxiangshiyingwushanshangmaoyouxiangongsi |
| 27 | DingNuoDianZi |
| 28 | MLNRone |

This terminates the action.

DATED: September 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 17, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt